AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT



District of Nevada

United States of America )
v. )
DEBRA MAY-LAWSON )
*Defendant* )

Case No.    2:13-mj-0123-GWF

Charging District:    Central District of California

Charging District's Case No.    CR11-72(A)-DDP

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Edward R. Roybal Federal Building & US Courthouse<br>255 E. Temple Street<br>Los Angeles, CA 90012-3332 | Courtroom No.: | 3rd Floor Magistrate Duty Judge Courtroom |
|---|---|---|---|
| | | Date and Time: | March 1, 2013 at 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    Feb 13, 2013

*Judge's signature*

GEORGE W. FOLEY JR., U.S. Magistrate Judge
*Printed name and title*